■ In the Matter of MUFALE BUILDERS, INC., Appellant, v CARSON BUCK et al., Constituting the Town of Manlius Planning Board, Respondents.—Judgment unanimously affirmed without costs for reasons stated in decision at Supreme Court, Reagan, J. (Appeal from Judgment of Supreme Court, Onondaga County, Reagan, J.—Article 78.) Present—Callahan, A. P. J., Denman, Green, Balio and Davis, JJ.